■ In the Matter of BALDWIN GARDENS, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent. — In a proceeding to review a determination of the State Rent Administrator which denied a protest against paragraph a of subdivision 5 of section 33 of the Rent and Eviction Regulations, as amended to conform with section 3 of chapter 141 of the Laws of 1954, the appeal is from an order dismissing the proceeding. Appellant contends that section 3 of chapter 141 of the Laws of 1954 was repealed by chapter 685 of the Laws of 1955. Order unanimously affirmed, without costs. (See *Matter of Four Maple Drive Realty Corp.* v. *Abrams*, 2 A D 2d 753, decided herewith.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.